1  JULIE M. MCCOY, Bar No. 129640
   LAW OFFICES OF JULIE M. MCCOY
2  JACQUELYNE M. NGUYEN, Bar No. 249658
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-01672 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Kevin B. Thomas, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Kevin B. Thomas, in the principal amount of $2,812.43 plus interest accrued to February 22, 2011, in the sum of $4,649.79; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $40.00, for a total amount of **$7,502.22**.

DATED: April 12, 2011          By: __Terry Nafisi__
                                   Clerk of the Court
                                   A. Martinez
                                   Deputy Clerk
                                   United States District Court